UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-21684-CIV-LENARD/O'SULLIVAN

CHANEL, INC., a New York corporation,

    **Plaintiff,**

vs.

AAALUXURYBELT.COM, *et al.*,

    **Defendants.**

_____/

## ORDER GRANTING CORRECTED MOTION FOR ALTERNATE SERVICE

**THIS CAUSE** is before the Court on Plaintiff's Corrected Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) [DE #15]. Having considered the Motion, declarations, exhibits, related pleadings, and record, the Court finds that Plaintiff has shown good cause why leave should be granted allowing service of the Summonses and Complaint, and all subsequent filings in this matter upon Defendants, the Partnerships and Unincorporated Associations Identified on Schedule "A" hereto (collectively "Defendants"), via electronic mail ("e-mail") and/or website publication.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Plaintiff's Corrected Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) [DE #15] is **GRANTED**.

2. Plaintiff may serve the Summons and Complaint, and all other current and future filings in this matter, upon each Defendant in this action via e-mail to the e-mail addresses provided by Defendants (i) as part of the domain registration data for

each of their respective domain names, including service via registrar, or (ii) on their websites, including by onsite submission forms; or Plaintiff may serve the Summons and Complaint, and all other current and future filings in this matter, upon each Defendant in this action via publication by posting a copy of the same on the Internet website appearing at the URL http://servingnotice.com/sdakash/index.html.

**DONE AND ORDERED** in chambers at Miami, Florida, this 6 day of JUNE, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

cc:   All Counsel of Record

## SCHEDULE A
## DEFENDANTS BY SUBJECT DOMAIN NAMES AND DEFENDANT NUMBER

| Defendant No. | Domain Name |
|---|---|
| 1 | aaaluxurybelt.com |
| 1 | bags1stcity.com |
| 1 | brandhandbagsshophere.co.uk |
| 1 | chanelastore.com |
| 1 | chanelbagsonline-outlet.com |
| 1 | chanelbagsuk2013.co.uk |
| 1 | chanelfemme.com |
| 1 | chanel-outlet-store.org |
| 1 | chanelpascherfr.org |
| 1 | chanelreplica.me.uk |
| 1 | chanelshop001.com |
| 1 | chanelshop002.com |
| 1 | chanelshop003.com |
| 1 | chanelsreplicabagshandbags.com |
| 1 | chanelstore001.com |
| 1 | chanelstore002.com |
| 1 | chanelstore003.com |
| 1 | channnelbags.com |
| 1 | designbagsonline.com |
| 1 | discountluxuryhandbags.org |
| 1 | fakechanelbags2u.biz |
| 1 | fakechanelbagsreplica.biz |
| 1 | fakechanelsunglasses4sale.biz |
| 1 | fakechanelsunglassescheap.biz |
| 1 | fashionbrandhandbags.com |
| 1 | godisfashion.com |
| 1 | handbagoutlet.net |
| 1 | handbagsqueen.com |
| 1 | online-handbags.biz |
| 1 | purses-love.com |
| 1 | replicaahandbags.com |
| 1 | replicabagsboutique.com |
| 1 | replicabagsok.com |
| 1 | replicahandbags2u.net |
| 1 | replicahandbagse.com |
| 1 | replicaschanelbagshandbags.com |
| 1 | replicawatchonline.com |
| 1 | top-chaneloutlet.com |
| 1 | top-chaneloutletus.com |
| 1 | vipshoesstore.com |
| 1 | vogueladies.biz |

| | |
|---|---|
| 2 | chaneljapan2013.biz |
| 2 | chaneljapansale.biz |
| 2 | chanelonlinesale.biz |
| 2 | chaneloutlets.biz |
| 2 | chanelsale2013.biz |
| 2 | luxurywatch-cheapwatches.com |
| 3 | gafaschanelshops.com |
| 3 | gafasschanelshops.com |
| 4 | modechaneloutlet.com |
| 4 | modechanelreplica.com |
| 4 | vipchaneloutlet.com |
| 5 | chanelok.com |
| 5 | chanelok.net |
| 6 | genuinechaneloutletshop.com |
| 6 | vipchaneloutlethandbags.com |
| 7 | chanelbagsukonlineshop.com |
| 7 | chanelhandbagbagsoutlet.com |
| 7 | chanelhandbagsoutlet2013.net |
| 7 | cheapchanelpursesoutlet.net |
| 7 | outletchanelbagssale.net |
| 8 | designerhandbagspaypal.com |
| 9 | nikenettrade.com |
| 9 | nikesearcher.com |
| 11 | chanlemyloveboutique.com |
| 11 | nicechanelhome.com |
| 12 | chanel-onlineshop.info |
| 12 | chanelpascher.info |
| 12 | chanel-sacs.info |
| 12 | chaneltaschen.info |
| 13 | chanelbagsus2013.com |
| 13 | chanelsreplicahandbags.org |
| 14 | ewantbuymore.eu |
| 14 | newitisbags.eu |
| 15 | *DISMISSED* |
| 15 | stomarate.com |
| 16 | *DISMISSED* |
| 16 | hotsaleclan.com |
| 17 | chanelphonecase.com |
| 17 | designerbagsfake.org |
| 17 | macmakeupwholesales.net |
| 17 | uscocobagsxoutetstores.info |
| 18 | finechanelgirlstore.com |
| 18 | lunetteschanelsoldes.com |
| 18 | outletchanelgirlsales.com |
| 19 | *DISMISSED* |

| 19 | outlet66.com |
|----|---|
| 19 | productsstore2012.com |
| 20 | chanelbagssn.info |
| 20 | cheapbagsoutletonline.com |
| 21 | 2013chanelbags.org |
| 22 | 2013chaneljapan.com |
| 23 | 2013replicachanel.com |
| 24 | 360shopwiki.com |
| 25 | *DISMISSED* |
| 26 | aaahandbagstore.com |
| 27 | bagorder.com |
| 28 | bags-chanel-outlet-uk.com |
| 29 | bagscoupons-2013.com |
| 30 | bestsunglassesmall.com |
| 31 | besttopmall.com |
| 31 | topshopol.com |
| 32 | bossesmalls.com |
| 33 | *DISMISSED* |
| 34 | brandjewel.net |
| 35 | buychanelwatch.org |
| 36 | buywatchbuy.com |
| 37 | chanel-arena.com |
| 38 | chanelbagdiscount.co.uk |
| 39 | chanelbagsfashion.com |
| 40 | chanelbagsjpbagu.com |
| 41 | chanelbagsok.com |
| 42 | chanelbagsonlinestore.co.uk |
| 43 | chanelbagsoutleti.com |
| 44 | chanelbagsoutletonsale.org |
| 45 | chanelbagsoutlett.co.uk |
| 46 | chanelbagsoutletuk.org |
| 47 | chanelbagssales-online.com |
| 48 | chanelbolsos.com |
| 49 | chanelbrandjapan.com |
| 50 | chanelhandbagsretail.com |
| 51 | chanelhandbagssales.co.uk |
| 52 | chanelja.biz |
| 53 | chanel-janpan.com |
| 54 | chaneljapanoutlet.com |
| 55 | chanellhandbags.com |
| 56 | chanelmisejp.com |
| 57 | chanelonlinereplica.com |
| 58 | chanelonrain.com |
| 59 | chaneloutletfor.com |
| 60 | chaneloutletstore.info |

| | |
|---|---|
| 61 | chanel-rakutens.com |
| 62 | chanelstores.com |
| 63 | chanelvipboutique.com |
| 64 | chanoutletjp.com |
| 65 | charm-jewellery.com |
| 66 | cheapchanelbagsforsales.com |
| 67 | cheapchanelbagsinuk.com |
| 68 | cheapchanelonline.net |
| 69 | cheapchaneloutlet2013.com |
| 70 | cheapcocobags.com |
| 71 | *DISMISSED* |
| 72 | cheapreplicadesignerbags.com |
| 73 | designerbagfake.com |
| 74 | *DISMISSED* |
| 75 | designerhandbagsstock.com |
| 76 | discounbags.net |
| 77 | etopshop.com |
| 78 | fashionbagcn.com |
| 79 | fashionbagsuk.com |
| 80 | getchanelhandbagsoutles.org |
| 81 | handbagluxurysale.com |
| 82 | *DISMISSED* |
| 83 | handbags-bags-store.org |
| 84 | icon-chanel-outlet.com |
| 85 | japan-chanelforbags.com |
| 86 | jpchanelhandbag-store2013.com |
| 87 | justpurse.com |
| 88 | *DISMISSED* |
| 89 | knockoffhandbagssale.com |
| 90 | latestchaneljp.com |
| 91 | likereplicas.com |
| 92 | lovechanel2013.com |
| 93 | lovechanelja.com |
| 94 | luxury-boots.com |
| 95 | lywatches.com |
| 96 | modechanelbags.com |
| 97 | modechanelpurses.com |
| 98 | mostbag.com |
| 99 | mylittlesecretpurse.asia |
| 100 | needswisswatches.com |
| 101 | *DISMISSED* |
| 102 | nyuse.com |
| 103 | phoenix-handbag.com |
| 104 | reglasses.com |
| 105 | replicabagoutlet.com |

| | |
|---|---|
| 106 | replicablogs.com |
| 107 | replicadesignerbagsoutlet.com |
| 108 | replica-luxury-watch.com |
| 109 | replicaschaneluk.co.uk |
| 110 | reproductionwatchesol.com |
| 111 | sacchanelfrpaccher.com |
| 112 | saleschanelbags.com |
| 113 | shoes-pumps.com |
| 114 | sinowatches.net |
| 115 | specialchaneloutletjp.com |
| 116 | swissreplicawatcheshop.com |
| 117 | *DISMISSED* |
| 118 | topstoreol.com |
| 119 | ubeautystyle.com |
| 120 | uchanelus.com |
| 121 | vipchaneloutletforbags.com |
| 122 | vipjewelrymall.com |
| 123 | *DISMISSED* |
| 124 | wholesale-luxury.net |
| 125 | wholesalem.com |
| 126 | yrcorps.com |
| 127 | 2013chanelonline.co.uk |
| 128 | watches-great.com |
| 128 | watches-shopping-watches.com |
| 129 | chanelbagsoutleto.info |
| 129 | chanelfactoryoutleto.info |
| 129 | chanelhandbagsoutleto.info |
| 129 | chaneloutletstoreo.info |
| 130 | chanelcheapsjapans.com |
| 130 | chanelshopsjapans.com |
| 130 | cocochaneljapans.com |
| 131 | wowreplica.net |
| 131 | wowreplicabag.com |
| 132 | chaneloutletbagsch.co.uk |
| 132 | fakechanelbagsuk.co.uk |
| 133 | fakechanelonline.com |
| 133 | fakechanelonsale.com |
| 134 | chanelshoppingpoint.com |
| 134 | topchanelstore.com |
| 135 | *DISMISSED* |
| 136 | luxurybagsonsale.org |
| 137 | hot-replicahandbags.com |
| 138 | chan1elonline-outlet.com |
| 139 | owngoodbags.com |
| 140 | chanel-online--shop.org |

| 141 | designerbagss-sale.com |
| --- | --- |
| 142 | eluxury.me |
| 143 | wansacs.com |
| 144 | designerbagsdeal.com |
| 145 | fakeschanel.com |
| 146 | weewatches.net |
| 147 | authenticbagsofchanel.com |
| 148 | *DISMISSED* |
| 149 | authenticchanelbagsaut.co.uk |
| 150 | chanelhandbagscha.co.uk |